**Tyrell A. REESE, Sr., Plaintiff–Appellant,**

v.

**Bob MCCABE, Sheriff of Norfolk City Jail; Deputy Owens, Transportation (Driver); Deputy Mitchell, Transportation (Other), Defendants–Appellees.**

No. 16-6602

United States Court of Appeals, Fourth Circuit.

Submitted: September 13, 2016

Decided: September 15, 2016

Tyrell A. Reese, Sr., Appellant Pro Se. Jonathan Lewis Stone, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for Appellees.

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrell A. Reese, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Reese's motions for appointment of counsel and for a transcript at government expense and affirm for the reasons stated by the district court. Reese v. McCabe, No. 2:15–cv–00441–MSD–LRL (E.D. Va. Mar. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED